In the Matter of BANK OF NEW YORK (formerly BANK OF NEW YORK AND TRUST COMPANY), as Trustee under an Agreement Wherein EDWIN L. COYLE and Another Are Named as Settlors.

PETER B. NELSON et al., Plaintiffs, *v.* BANK OF NEW YORK, as Trustee under an Agreement with EDWIN L. COYLE and Another, as Settlors, et al., Defendants.

BANK OF NEW YORK, as Trustee, et al., Appellants; PETER B. NELSON et al., Respondents.

Argued April 18, 1953; decided June 4, 1953.

*George W. Martin, Richard S. Emmet, John L. Merrill, Jr.,* and *Richard C. Welden* for Bank of New York, as trustee, appellant.

*William Mertens, Jr.,* as guardian ad litem for infants, appellants.

*Borris M. Komar* for Peter B. Nelson and others, respondents.

*Theodore R. Kupferman, Stanleigh P. Friedman* and *Philip L. Winter* for Edwin L. Coyle and another, respondents.

*Archibald H. Cashion* and *Forbes D. Shaw* for Commonwealth Gas Corporation, respondent.

*Myles J. Lane, United States Attorney for the Southern District of New York (Henry L. Glenn* of counsel), for United States of America, respondent.

Judgment affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the principal of the trust. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.